Fitzgerald v. Fitzgerald.

---

JAMES FITZGERALD ET AL.

v.

ELLEN FITZGERALD ET AL.

JURISDICTION—FREEHOLD.—This case involving the question of freehold, the court has no jurisdiction to hear the appeal.

APPEAL from the Circuit Court of Sangamon county; the

Hon. C. S. Zane, Judge, presiding.   Opinion filed September 17, 1880.

Messrs. Stuart, Edwards & Brown, and Mr. John C. Snigg, for appellants.

Messrs. Robinson, Knapp & Shutt, for appellees.

Per Curiam.   This was a bill in chancery brought by appellees against appellant, to cancel a deed for certain premises in the city of Springfield, and to restore them to their estate, which was an estate for life.   The court below granted the relief prayed for; ordered the deed from appellees to appellant to be cancelled, and ordered appellants to re-convey to them a life estate.   This proceeding, therefore, directly involves the title to a freehold, and under repeated rulings of this court, at this term, we cannot entertain jurisdiction of the case.   See Board of Trustees v. Carrie Beale, of this term, [6 Bradwell, 536;] R. S. 1880, Ch. 110, § 89.

The appeal is therefore dismissed.

Appeal dismissed.